UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

DAWN GLASER                          Chapter 7
                                               Case No. 09-51710-WS.D
             Debtor.              Hon: Walter Shapero.Detroit
_____/

**NOTICE OF UNCLAIMED DIVIDENDS**

To the Clerk of the Court:

       The attached check in the amount of $4.06, which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347. The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 1 | Anesthesia Assoc. of Ann Arbor<br>2006 Hogback Rd., St. 5<br>Ann Arbor, MI 48105 | $4.06 |
| | **TOTAL:** | **$4.06** |

Dated:    5/14/10                                        /s/ Stuart A. Gold
                                                           Stuart A. Gold, Trustee
                                                           24901 Northwestern Hwy., Ste 444
                                                           Southfield, MI 48075-2223
                                                           (248) 350-8220
                                                           stuart.gold@7trustee.net